# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                        §
                                              §
FEILEN, MARK L.                               §        Case No. 10-22621
                                              §
         Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/13/2012 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/11/2012          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
FEILEN, MARK L. § Case No. 10-22621
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 96,093.02 |
| and approved disbursements of | $ | 683.59 |
| leaving a balance on hand of[1] | $ | 95,409.43 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 8,054.65 | $ 0.00 | $ 8,054.65 |
| Other: International Sureties | $ 199.52 | $ 199.52 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,054.65 |
| Remaining Balance | | $ | 87,354.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 577,395.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Querrey & Harrow, Ltd. | $ 73,696.40 | $ 0.00 | $ 11,149.60 |
| 000002 | All Points Capital Corporation | $ 503,699.23 | $ 0.00 | $ 76,205.18 |
| | Total to be paid to timely general unsecured creditors | | $ | 87,354.78 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 245,954.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Chartered Bank | $ 245,954.70 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                                                       Case No. 10-22621-DRC
Mark L. Feilen                                                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: mgonzalez            Page 1 of 2               Date Rcvd: Jun 18, 2012
                        Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2012.
```
db         +Mark L. Feilen,    0S369 Winfield Rd.,    Winfield, IL 60190-1453
15591784   +All Points Capital Corp.,    % Jeremy Heuer, Vedder Price,    222 N. LaSalle St., Ste. 2600,
             Chicago, IL 60601-1104
16424143   +All Points Capital Corporation,    c/o Mitchell D. Cohen, Esq.,    Vedder Price P.C.,,
             1633 Broadway, 47th Floor,    New York, New York 10019-6771
15591785   +American Chartered Bank,    1199 E. Higgins Rd.,    Schaumburg, IL 60173-4711
16520290   +American Chartered Bank,    Hauselman Rappin & Olswang Ltd,    39 South LaSalle Street Suite 1105,
             Chicago, IL 60603-1720
15591787   +International Financial Servs. Corp,    1113 S. Milwaukee Ave., #301,
             Libertyville, IL 60048-3777
15591788   +Jordan D. Mann,    917 Apple Drive,    Schaumburg, IL 60194-2250
15591789   +Michael A. Feilen,    355 E. North Ave.,    Carol Stream, IL 60188-2023
15591791  +++Querrey & Harrow, Ltd.,    Eileen M Sethna,    175 W Jackson Blvd Ste 1600,
             Chicago, IL 60604-2827
15591790   +RCA Capital Corp.,    21-00 Rt. 208,    Fair Lawn, NJ 07410-2602
15591792   +Steven R. Rappin,    Hauselman, Rappin, et al.,    39 S. LaSalle St., Ste. 1105,
             Chicago, IL 60603-1720
15591793   +TD Equipment Fiance,    POB 5000,    Lewiston, ME 04243-5000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15591786   +E-mail/Text: ally@ebn.phinsolutions.com Jun 19 2012 04:46:33      GMAC,    POB 78252,
             Phoenix, AZ 85062-8252
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2012**                                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mgonzalez            Page 2 of 2             Date Rcvd: Jun 18, 2012
                               Form ID: pdf006            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2012 at the address(es) listed below:

```
              Brenda Porter Helms    on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
              Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
              Carl F Safanda    on behalf of Defendant Mark Feilen csafanda@xnet.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda, Esq    on behalf of Debtor Mark Feilen rsafanda@xnet.com
              Steven R Rappin    on behalf of Creditor  American Chartered Bank dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 6
```