UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FEILEN, MARK L. § Case No. 10-22621
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on                    . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank | | | | | |
| | International Financial Services | | | | | |
| | RCA Capital Corp. | | | | | |
| | TD Equip Finance | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All Points Capital | | | | | |
| | Robert R. Benjamin | | | | | |
| | Steven Rappin | | | | | |
| 000002 | ALL POINTS CAPITAL CORPORATION | | | | | |
| 000001 | QUERREY & HARROW, LTD. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN CHARTERED BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-22621 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | FEILEN, MARK L. | | Date Filed (f) or Converted (c): | 05/18/10 (f) |
| | | | 341(a) Meeting Date: | 07/14/10 |
| For Period Ending: | 08/17/12 | | Claims Bar Date: | 11/15/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. WEST SUBURBAN CHECKING ACCOUNT | 40,000.00 | 0.00 | | 39,503.86 | FA |
| 4. CHASE CHECKING ACCOUNT | 10,000.00 | 0.00 | | 10,362.76 | FA |
| 5. WEST SUBURBAN SAVINGS | 28,000.00 | 0.00 | | 18,144.55 | FA |
| 6. CHASE SAVINGS ACCOUNT | 18,000.00 | 0.00 | | 18,047.76 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | DA | 0.00 | FA |
| 8. WEARING APPAREL AND JEWELRY | 600.00 | 0.00 | DA | 0.00 | FA |
| 9. INTERESTS IN INSURANCE POLICIES | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 10. ANNUITIES | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 11. PENSION PLANS AND PROFIT SHARING | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12. PENSION PLANS AND PROFIT SHARING | 134,000.00 | 0.00 | DA | 0.00 | FA |
| 13. STOCK AND BUSINESS INTERESTS | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. AUTOMOBILES AND OTHER VEHICLES | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 35.16 | Unknown |
| 16. AUTOMOBILES AND OTHER VEHICLES | 24,000.00 | 0.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $409,370.00 | $0.00 | | $86,094.09 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/13      Current Projected Date of Final Report (TFR): 12/30/13

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-22621 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FEILEN, MARK L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5592 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2621 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/18/10 | | Mark Feilen | proceeds of WSB savings acct | 28,144.55 | | | | | 28,144.55 |
| 08/18/10 | 5 | Asset Sales Memo: | WEST SUBURBAN SAVINGS $18,144.55 | | | | | | 28,144.55 |
| 08/18/10 | | Mark Feilen | proceeds of Chase savings acct | 18,047.76 | | | | | 46,192.31 |
| 08/18/10 | 6 | Asset Sales Memo: | CHASE SAVINGS ACCOUNT $18,047.76 | | | | | | 46,192.31 |
| 08/18/10 | | Mark Feilen | proceeds of WSB checking account | 39,503.86 | | | | | 85,696.17 |
| 08/18/10 | 3 | Asset Sales Memo: | WEST SUBURBAN CHECKING ACCOUNT $39,503.86 | | | | | | 85,696.17 |
| 08/18/10 | | Mark Feilen | proceeds of Chase checking account | 10,362.76 | | | | | 96,058.93 |
| 08/18/10 | 4 | Asset Sales Memo: | CHASE CHECKING ACCOUNT $10,362.76 | | | | | | 96,058.93 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1.18 | | | | 96,060.11 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.95 | | | | 96,064.06 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 4.08 | | | | 96,068.14 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.95 | | | | 96,072.09 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 4.08 | | | | 96,076.17 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 4.08 | | | | 96,080.25 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 73.10 | | | 96,007.15 |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.74 | | | | 96,007.89 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.82 | | | | 96,008.71 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.78 | | | | 96,009.49 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.82 | | | | 96,010.31 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.79 | | | | 96,011.10 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.81 | | | | 96,011.91 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.82 | | | | 96,012.73 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.79 | | | | 96,013.52 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.82 | | | | 96,014.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -122.32 | | 95,892.02 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.79 | | | | 95,892.81 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-22621 -SQU | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FEILEN, MARK L. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******5592 Money Market - Interest Bearing |
| Taxpayer ID No: | *******2621 | | | | |
| For Period Ending: | 08/17/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -118.22 | | 95,774.59 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.81 | | | | 95,775.40 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -118.08 | | 95,657.32 |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.82 | | | | 95,658.14 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -125.45 | | 95,532.69 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.76 | | | | 95,533.45 |
| 02/29/12 | 000102 | Intrenational Sureties Ltd. | Trustee bond | | | 126.42 | | | 95,407.03 |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.80 | | | | 95,407.83 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.79 | | | | 95,408.62 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.81 | | | | 95,409.43 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.78 | | | | 95,410.21 |
| 07/12/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.29 | | | | 95,410.50 |
| 07/12/12 | | Transfer to Acct #*******8617 | Final Posting Transfer | | | | | -95,410.50 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account *******5592 | Balance Forward | 0.00 | | | | |
| | 4 Deposits | 96,058.93 | | 2 Checks | 199.52 | |
| | 24 Interest Postings | 35.16 | | 4 Adjustments Out | 484.07 | |
| | | | | 1 Transfers Out | 95,410.50 | |
| | Subtotal | $ 96,094.09 | | | | |
| | | | | Total | $ 96,094.09 | |
| | 0 Adjustments In | 0.00 | | | | |
| | 0 Transfers In | 0.00 | | | | |
| | Total | $ 96,094.09 | | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-22621 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FEILEN, MARK L. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8617  Checking - Non Interest |
| Taxpayer ID No: | *******2621 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/12/12 | | Transfer from Acct #*******5592 | Transfer In From MMA Account | | | | | 95,410.50 | 95,410.50 |
| 07/13/12 | 001001 | Brenda Porter Helms | | | | 8,054.61 | | | 87,355.89 |
| 07/13/12 | 001002 | Querrey & Harrow, Ltd. Eileen M Sethna 175 W Jackson Blvd Ste 1600 Chicago, IL 60604 | (1-1) Attorneys' fees for Guarantor of Corporate Obligation - 09 B 36916 (1-1) Modified on 11/18/2010 to correct creditor's name (MG) | | | 11,149.75 | | | 76,206.14 |
| 07/13/12 | 001003 | All Points Capital Corporation c/o Mitchell D. Cohen, Esq. Vedder Price P.C., 1633 Broadway, 47th Floor New York, New York 10019 | | | | 76,206.14 | | | 0.00 |

| Account *******8617 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 3 | Checks | 95,410.50 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | 0 Adjustments In | 0.00 | | Total | $ 95,410.50 |
| | 1 Transfers In | 95,410.50 | | | |
| | Total | $ 95,410.50 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.06b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-22621 -SQU |
| Case Name: | FEILEN, MARK L. |
| Taxpayer ID No: | *******2621 |
| For Period Ending: | 08/17/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******8617 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | |
| | 4 Deposits | 96,058.93 | 5 Checks | 95,610.02 |
| | 24 Interest Postings | 35.16 | 4 Adjustments Out | 484.07 |
| | | | 1 Transfers Out | 95,410.50 |
| | Subtotal | $ 96,094.09 | | |
| | | | Total | $ 191,504.59 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 95,410.50 | | |
| | Total | $ 191,504.59 | Net Total Balance | $ 0.00 |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 08/17/12

BRENDA PORTER HELMS, TRUSTEE

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.06b